UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

STEPHANIE L. DILEO

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1332, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3. With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

4. With respect to Plaintiff's claim under the TCPA, the Court has both diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are diverse, Florida and

Pennsylvania. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

5. Plaintiff, STEPHANIE L. DILEO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation incorporated under the laws of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant sought to collect from Plaintiff a debt allegedly due Bank of America.

12. Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

February 5, 2010 at 12:39 PM – Pre-recorded Message
– Debt collections company, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-448-9576. Once again that phone number is 1-800-448-9576. Thank you.

February 8, 2010 at 3:19 PM – Pre-recorded Message
– We notify you this is a debt collection company, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 9, 2010 at 8:10 PM – Pre-recorded Message
– Law requires that we notify you this is a debt collection company, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 11, 2010 at 5:44 PM – Pre-recorded Message
– This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 12, 2010 at 6:21 PM – Pre-recorded Message
– This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 15, 2010 at 10:19 AM – Pre-recorded Message
– This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 16, 2010 at 6:12 PM – Pre-recorded Message

– This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 17, 2010 at 6:44 PM – Pre-recorded Message
– This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 19, 2010 at 3:44 PM – Pre-recorded Message
– Company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

February 20, 2010 at 11:57 PM – Pre-recorded Message
This is a message from NCO Financial Systems Incorporated. Law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Schmidt back today at 1-800-218-1175. Once again the number is 1-800-218-1175. Thank you.

October 7, 2010 at 11 AM – Pre-recorded Message
No Discernable Message

October 8, 2010 at 1:53 PM – Pre-recorded Message
Hello, this is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mrs. Lightford at 800-709-8625, again that's Mrs. Lightford at 800-709-8625. Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose.  When calling please refer to your ID code, EBT249. Thank you, good bye.

October 11, 2010 at 8:22 PM – Pre-recorded Message
Hello, this is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mrs. Lightford at 800-709-8625, again that's Mrs. Lightford at 800-709-8625.

Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose.  When calling please refer to your ID code, EBT249. Thank you, good bye.

<u>October 12, 2010 at 7 PM – Pre-recorded Message</u>
Hello, this is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mrs. Lightford at 800-709-8625, again that's Mrs. Lightford at 800-709-8625. Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose.  When calling please refer to your ID code, EBT249. Thank you, good bye.

<u>October 13, 2010 at 11:17 AM – Pre-recorded Message</u>
Hello, this is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mrs. Lightford at 800-709-8625, again that's Mrs. Lightford at 800-709-8625. Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose.  When calling please refer to your ID code, EBT249. Thank you, good bye.

<u>October 20, 2010 at 1:14 PM – Pre-recorded Message</u>
This is a message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Nicole Irvins at 800-709-8625, again that's Nicole Irvins at 800-709-8625.  Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose.  When calling please refer to your ID code, EBT249. Again your ID code is, EBT249.

<u>October 22, 2010 at 11:08 PM – Pre-recorded Message</u>
Hello, this is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mrs. Lightford at 800-709-8625, again that's Mrs. Lightford at 800-709-8625.

Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose.  When calling please refer to your ID code, EBT249. Thank you, good bye.

October 28, 2010 at 6:01 PM – Pre-recorded Message
Hello, this is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Mrs. Lightford at 800-709-8625, again that's Mrs. Lightford at 800-709-8625. Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose.  When calling please refer to your ID code, EBT249. Thank you, good bye.

October 30, 2010 at 10:57 PM – Pre-recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Nicole Irvins at 800-709-8625, again that's Nicole Irvins at 800-709-8625.  Thank you. NCO Financial Systems is a debt collection company.  This an attempt to collect a debt, and any information obtained will be used for that purpose. When calling please refer to your ID code, EBT249. Again your ID code is, EBT249.

13. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages"). At times Defendant left daily messages the total of which exceeds 50.

14. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

15. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

6

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), *Clarke, Kerryjoe N. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

20.  Plaintiff incorporates Paragraphs 1 through 17.

21.  Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.  Damages;

b.  a declaration that Defendant's calls violate the TCPA;

c.  a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.  Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough
 Donald A. Yarbrough, Esq.
 Florida Bar No. 0158658

9