UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-62344-CIV-MIDDLEBROOKS/VITUNAC

STEPHANIE L. DILEO,
    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
    Defendant.
_____/

**ORDER ACCEPTING THE PARTIES' JOINT STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice (DE 15) ("Joint Stipulation"), filed March 27, 2012. I have reviewed the Joint Stipulation and am otherwise fully advised in the premises. The Parties filed the Joint Stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation of Dismissal With Prejudice (DE 15) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** against Defendant;

2. Except as otherwise agreed by the Parties, each Party shall bear its own attorneys fees and costs; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28 day of March, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record